previously

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCEEN HILL,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendant. | Case No. 2:10-cv-6327-ODW(JCx)<br><br>**JUDGMENT ON PARTIAL FINDINGS** |

In accordance with the Court's findings of fact and conclusions of law, and the Court's granting of Defendant United States of America's motion for judgment on partial findings under Federal Rule of Civil Procedure 52(c), **IT IS HEREBY ORDERED**:

    1.    Plaintiff Franceen Hill takes nothing;

    2.    Judgment for Defendant United States of America;

April 24, 2012

_____
**HON. OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**